FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -9 PM 3: 22

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHEDRICK BRUMFIELD # 395469** | **CIVIL ACTION** |
| **VERSUS** | **NO. 02-1843** |
| **WARDEN BURL CAIN** | **SECTION "S" (2)** |

## ORDER

Petitioner Shedrick Brumfield filed this action under 28 U.S.C. § 2254, seeking relief from his state conviction for second degree murder. The court, having considered the petition, the record, the applicable law, and the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation as its opinion.

Accordingly, **IT IS ORDERED** that the petition of Shedrick Brumfield for federal *habeas corpus* relief is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 9 day of January, 2006.

Mary Ann Vial Lemmon
United States District Judge

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____