UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -9  PM 3: 22

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| SHEDRICK BRUMFIELD #395469 | CIVIL ACTION |
| VERSUS | NO. 02-1843 |
| WARDEN BURL CAIN | SECTION "S" (2) |

## JUDGMENT

The court, having considered the petition, the record, the applicable law, and the Magistrate Judge's Report and Recommendation, and for the written reasons assigned by the magistrate,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petition of Shedrick Brumfield for federal *habeas corpus* relief is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this ___9___ day of January, 2006.

Mary Ann Vial Lemmon
United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____