FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 27  AM 7: 33

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**SHEDRICK BRUMFIELD # 395469**  CIVIL ACTION

**VERSUS**  NO. 02-1843

**BURL CAIN WARDEN**  SECTION "S" (2)

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☒ a certificate of appealability shall not be issued for the following reason(s):

Brumfield has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253, as set forth in the court's Order and Reasons of January 10, 2006, adopting the December 6, 2005 Report and Recommendation of Magistrate Judge Joseph C. Wilkinson, Jr.

Date: March 24, 2006

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____